## Samuel M. Radzyner, Trading as Prevue Radsell Company, Plaintiff-Appellee, v. George R. Koesling, Trading as Columbia Industries, Defendant-Appellant.

### Gen. No. 10,569.

J. E. Bairstow for appellant; Robert M. Yaffe, of counsel; Hall, Meyer & Van Deusen, for appellee; Albert L. Hall, of counsel. Opinion by Presiding Justice Dove. Not to be published in full. Opinion filed April 1, 1952; released for publication April 18, 1952.